# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 469 EAL 2019
:
            Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
            v. :
:
:
LARRY LEGGITT, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.